Marco Antonio **GARCIA–NAVICHOQUE,**
Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–71682.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Randy Alexander, Esq., Los Angeles, CA, for Petitioner.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Securi-

ty, San Francisco, CA, David V. Bernal, Attorney, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Marco Antonio Garcia–Navichoque, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Garcia–Navichoque's motion to reopen as untimely, and he failed to qualify for any exception to the time limitation. *See* 8 C.F.R. § 1003.2(c). We lack jurisdiction to review the BIA's *sua sponte* denial of the motion to reopen. *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.